KELLY A. EVANS
Nevada Bar No. 7691
JAY J. SCHUTTERT
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
(702) 784-5200
jschuttert@swlaw.com
*Attorneys for the Defendants, Zimmer, Inc.,
Zimmer Holdings, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET M. ZIOMEK and DAVID P. ZIOMEK, W/H,<br><br>Plaintiffs,<br><br>vs.<br><br>ZIMMER, INC., and ZIMMER HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:12-cv-01645-JCM-GWF |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The defendants, Zimmer, Inc., and Zimmer Holdings, Inc. (collectively, "Zimmer Defendants"), respectfully move for a 30-day extension of time, to and including November 14, 2012, within which to file and serve their answers or other responses to plaintiff's Complaint.  In support of this agreed motion, the Zimmer Defendants state as follows:

1. The plaintiffs, Margaret M. Ziomek and David P. Ziomek ("Plaintiffs") commenced this action in this Court on September 19, 2012.

2. Zimmer Defendants' answers or other responses to the Complaint are currently due on or before October 15, 2012, and that deadline has not yet expired.

3. Zimmer Defendants have not filed any prior motions to extend their time to answer or otherwise respond.

4. The undersigned counsel conferred with Plaintiffs' counsel prior to filing this motion. Plaintiff's counsel agreed to the 30-day extension of time sought. Thus, by the parties' agreement, Zimmer Defendants would file their responsive pleadings on or before November 14, 2012.

WHEREFORE, Zimmer, Inc., and Zimmer Holdings, Inc., respectfully request that the Court grant their *Agreed Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint*.

Dated: October 15, 2012

| THE NETTLES LAW FIRM | SNELL & WILMER L.L.P. |
|---|---|
| */s/ Brian D. Nettles* | */s/ Jay Schuttert* |
| Brian D. Nettles | Kelly A. Evans (NV Bar #7691) |
| Nevada Bar No. 7462 | Jay J. Schuttert (NV Bar #8656) |
| 1389 Galleria Drive, Suite 110 | 3883 Howard Hughes Parkway, Suite 1100 |
| Henderson, Nevada 89014 | Las Vegas, NV 89169 |
| (702) 434-8282 | (702) 784-5200 |
| brian@nettleslawfirm.com | kevans@swlaw.com |
| *Attorneys for the Plaintiffs* | jschuttert@swlaw.com |
| | *Attorneys for Defendants* |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME**

IT IS HEREBY ORDERED, consistent with the parties' agreement, that defendants, Zimmer, Inc., Zimmer Holdings, Inc., may answer or otherwise respond to plaintiff's Complaint on or before November 14, 2012.

**IT IS SO ORDERED.**

DATED: October 16, 2012

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

- 3 -