# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARET M. ZIOMEK, *et al.*,

    Plaintiffs,

vs.

ZIMMER, INC., *et al.*,

    Defendants.

Case No.: 2:12-cv-01645-JCM-GWF

**ORDER**

Joint Motion to Stay (#9)

This matter comes before the Court on Plaintiffs Margaret and David Ziomek and Defendants Zimmer, Inc. And Zimmer Holdings, Inc.'s ("Parties") joint Motion to Stay (#9), filed on October 15, 2012. The Parties seek to stay all proceedings in the instant case pending a transfer to the Northern District of Illinois ("Transferee Court") as part of the multidistrict proceeding *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272. On August 8, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") began transferring cases involving Defendants' "NexGen" knee implants to the Transferee Court under 28 U.S.C. § 1707. Plaintiffs submitted this action to the JPML for transfer to the Transferee Court on September 27, 2012. Therefore, the Court finds good cause for a stay in proceedings in this case. Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings (#9) is **granted.**

DATED this 16th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge